# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CALLEROS, | 1:08-cv-00424 OWW SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING CLAIM ONE OF THE PETITION, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| v. | |
| KEN CLARK, Warden, | [Doc. 4] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 31, 2008, the Magistrate Judge issued Findings and Recommendation that Claim One of the Petition for Writ of Habeas Corpus be DISMISSED from the action for failure to state a cognizable claim. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 31, 2008, is ADOPTED IN FULL;

2.	Claim One of the instant petition for writ of habeas corpus is DISMISSED, and this action shall proceed on Claim Two only; and,

3.	The matter is referred back to the Magistrate Judge for further proceedings

IT IS SO ORDERED.

Dated:   April 25, 2008                                     /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE