# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CALLEROS,<br><br>        Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>        Respondent.<br>_____/ | 1:08-cv-00424 OWW SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING RESPONDENT'S MOTION TO DISMISS PETITION AS UNEXHAUSTED, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[Doc. 10] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On September 15, 2008, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendation issued September 15, 2008, is ADOPTED IN FULL;

2.     The Motion to Dismiss is DENIED; and,

1    3.   The matter is referred back to the Magistrate Judge for further proceedings.

2 IT IS SO ORDERED.

3 **Dated:   November 9, 2008**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE