# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CALLEROS, | 1:08-cv-00424 OWW SMS HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER TO PETITION |
| v. | [Doc. 1] |
| KEN CLARK, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 13, 2008, the Court denied Respondent's motion to dismiss the instant petition as unexhausted. (Court Doc. 11.) Accordingly, it is HEREBY ORDERED that within forty-five (45) days from the date of service of this order, Respondent shall file an answer to the petition in accordance with the Court's May 6, 2008, order. (Court Doc. 8.) All other provisions of the Court's May 6, 2008, order remain in full force and effect.

IT IS SO ORDERED.

Dated:   November 20, 2008             /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1